In the Matter of the Claim of TRUMAN TOWNSEND, Respondent, against UNION BAG AND PAPER CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 2, 1954; decided July 14, 1954.

*John E. Knauf* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. VAN VOORHIS, J., dissents and votes to reverse upon the ground that there is no substantial evidence that claimant sustained an occupational disease arising out of and in the course of his employment by appellant employer.